May 27, 2005

Mr. J. Clifton Hall III
Westmoreland Hall, P.C.
2800 Post Oak Blvd., Suite 6400
Houston, TX 77056-6125
Mr. Warren W. Harris
Bracewell & Giuliani, LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002-2781

RE: Case Number: 02-0730
 Court of Appeals Number: 14-01-00349-CV
 Trial Court Number: 98-08295

Style: EXCESS UNDERWRITERS AT LLOYD'S, LONDON AND CERTAIN COMPANIES
 SUBSCRIBING SEVERALLY BUT NOT JOINTLY TO POLICY NO. 548/TA4011F01
 v.
 FRANK'S CASING CREW & RENTAL TOOLS, INC.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause. (Justice Brister and Justice
Johnson not sitting)

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Charles |
| |Bacarisse |
| |Mr. Ed Wells |